E-FILED
Friday, 13 May, 2016  11:28:42 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

## for the Central District of Illinois

FILED

MAY 1 2 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

William Lee Grant II )
    Plaintiff, )
  )
  )
v. )
  Richard Abel Kabaker )
  Ann Schneider )  Case No. _16 - 3132_
  State of Illinois et al )
  U.S. Department of Justice )
    Defendant(s). )

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

**I.**    **JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here: U.S. Const. amend. I, U.S. Const. amend. IV, U.S. Const. amend. V, U.S. Const. amend. VI, U.S. Const. amend. VII, U.S. Const. amend. VIII, U.S. Const. amend. IX, U.S. Const. amend. XIII, U.S. Const. amend. XIII, The Privacy Act, and 28 U.S.C. Section 241.

**II.**    **PARTIES**

**Plaintiff:**

A.    Plaintiff,  a  citizen  of    **Illinois**    (state), who resides at

  **901 Wythe Road Springfield, Illinois 62702**    , alleges that

his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.    Defendant  **Richard Abel Kabaker**  is employed as a
                 (a) (Name of First Defendant)
  **Attorney / Deputy Chief Council**
                 (b) (Position/Title)
with    **Illinois Department of Transportation 100 W. Randolph Street Suite 6-600 Chicago, IL**
                 (c) (Employer's Name and Address)

1

*Check one of the following:*

☐This defendant **personally participated** in causing my injury, and I want **money damages**. Briefly describe how this defendant participated:

Rick Kabaker harassed, discriminated and retaliated against me for more than 2.5 yea at the Illinois Department of Transportation based on my race, and for filing a Civil Rig Complaint and an Ethics Complaints with the Office of the Executive Inspector Genera Illinois. Rick denied me a promotion based on retaliation and race costing me $30,000 Rick reduced my workload below my position requirements. Rick transferred me to Schaumburg, Illinois for 1.5 months. Rick conspired with others to oppress and separa me from my employment with the Illinois Department of Transportation.

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C.     Defendant __James Sterr_____ is employed as a
                    (a) (Name of Second Defendant)
       __Technical Manager / Bureau Chief of Claims_____
                    (b) (Position/Title)
with __Illinois Department of Transportation 2300 S. Dirksen Parkway Springfield, Illinois
                    (c) (Employer's Name and Address)

*Check one of the following:*

☐This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated:
James Sterr conspired with Rick Kabaker and Ann Schneider to harass and attempt tc separate me from my employment with the Illinois Department of Transportation. Jame along with Rick Kabaker and Ann Schneider sent me to work in the Illinois Departmen of Transportation's Bureau of Claims' office located in Schaumburg, Illinois in violation personnel and collective bargaining agreements. The purpose of this transfer was harassment based on race and retaliation for filing a Civil Rights Complaint and an Ethics Complaint with the Office of the Executive Inspector General of Illinois.

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

2

**Defendant #3:**

D.    Defendant  Ann Schneider                                    is employed as a
(a) (Name of Third Defendant)
Technical Manager / Secretary of the Illinois Department of Transportation
(b) (Position/Title)
with  Illinois Department of Transportation 2300 S. Dirksen Parkway Springfield, Illinois
(c) (Employer's Name and Address)

*Check one of the following:*

☐This defendant **personally participated** in causing my injury, and I want **money**
**damages.**   Briefly describe how this defendant participated:
Ann Schneider colluded with Donald Kupfersmid, Rick Kabaker, Jim Sterr, and others to
harass, retaliate, and discriminate against me based on race and for filing a Civil Rights
Complaint with the Illinois Department of Transportation's Bureau of Civil Rights and an
Ethics Complaint with the Office of Executive Inspector General of Illinois. Ann conspired
to have my work products changed to make me look incapable, approved a geographic
relocation to cause me mental anguish, stress, and to attempt to separate me from my
employment with the Illinois Department of Transportation.

☐The **policy or custom** of this official's government agency violates my rights, and I
seek **injunctive relief** (to stop or require someone to something). Briefly describe this
policy or custom:

**Additional Defendant(s) (if any):**

E.    Using the outline set forth above, identify any additional Defendant(s), using
additional pages, if necessary.

3

Defendant #4:

F. Defendant _____ **Thomas William Coats** _____is employed as a
                    (a) (Name of Fourth Defendant)


                    **Public Service Administrator**

_____
                    (b) (Position/Title)

with

                    **Illinois Department of Central Management Services**
                    **Office of the Illinois Governor**
                    **207 State House Springfield, Illinois**

_____.
                    (c) (Employer's Name and Address)

*Check one of the following:*

   This defendant personally participated in causing my injury, and I want money
damages. Briefly describe how this defendant participated:

**Thomas Coats told me I was approved to work in Springfield, IL by Governor Pat
Quinn's Chief of Staff. After working for the Governor's Office for a month, Thomas
told me I "could not be added to payroll. I suspect Thomas coordinated / conspired
with other members of Illinois government to harass me, cause me stress, and to
separate me from my employment with the State of Illinois. Thomas Coats violated
my privacy by taking inappropriate pictures of me, violating my body, and
distributing said pictures to others.**


   The policy or custom of this official's government agency violates my rights, and
I seek injunctive relief (to stop or require someone to something). Briefly describe
this policy or custom:


Defendant #5:

G. Defendant __**Ryan Croke**_____is employed as a
                    (a) (Name of Fifth Defendant)


_____ Chief of Staff _____
                    (b) (Position/Title)

with  **Office of the Illinois Governor**
      **207 State House**
      **Springfield, Illinois**

_____.
                    (c) (Employer's Name and Address)

4

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**Ryan Croke's subordinates told me that I was authorized to work (for pay) in the Office of the Illinois Governor, and that I was to be hired by the Office of the Illinois Governor, and then transferred into a position with another agency within the State of Illinois. It is possible that Ryan Croke, as Chief of Staff of the Illinois Governor's Office intentionally failed to hire me at the Office of the Illinois Governor's Office as an act of retaliation for filing an Ethics Complaint with the Office of the Executive Inspector General, and for filing a Civil Rights Complaint with IDOT's Bureau of Civil Rights.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #6:

H. Defendant ____ **Justin Cajindos** _____is employed as a
(a) (Name of Sixth Defendant)

### Deputy Chief of Staff

(b) (Position/Title)

with **Office of the Illinois Governor**
**207 State House**
**Springfield, Illinois**

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**Justin Cajindos informed me that I was approved to work (for pay) in the Office of the Illinois Governor in Springfield, Illinois. Justin Cajindos informed me that the inter-agency transfer was being processed, and to report to the Governor's Office of Constituent Affairs. Justin violated my privacy by taking sexual images of me, and performing sexual acts on me without my permission.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

5

Defendant #7:

I. Defendant _____ **Alicia Harris** _____ is employed as a
<div align="center">(a) (Name of Seventh Defendant)</div>

<div align="center">**Director, Central Office of Illinois Department of Employment Security**</div>

<div align="center">(b) (Position/Title)</div>

with
> **Illinois Department of Employment Security**
> **1300 South 9th Street**
> **Springfield, Illinois**

<div align="center">(c) (Employer's Name and Address)</div>

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**Alicia Harris may have conspired with others to wrongfully deny me access to Federally-funded Unemployment Insurance Benefits I was entitled to in 2015. To the best of my knowledge, Alicia Harris worked in the Springfield, IL Illinois Department of Employment Security office.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #8:

J. Defendant **Administrative Law Judge for Claimant # 2703013** is employed as a
<div align="center">(a) (Name of Eighth Defendant)</div>

<div align="center">**Administrative Law Judge**</div>

<div align="center">(b) (Position/Title)</div>

with
> **Illinois Department of Employment Security**
> **607 E. Adams 9th Floor**
> **Springfield, Illinois**

<div align="center">(c) (Employer's Name and Address)</div>

<div align="center">6</div>

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

> **The Administrative Law Judge that handled my Claim Appeal intentionally ruled against my interest in my case. The Administrative Law Judge did not follow the Administrative Rules pertaining to adjudication of Claims Appeals. His motivation was based on retaliation for filing a Civil Rights Complaint and an Ethics Complaint. The Appeal's Claim was held in 2015. I was residing in Springfield, IL at the time of the claim and the appeal.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #9:

K. Defendant **Gina Mclaughlin-Schurman et al**        is employed as a

(a) (Name of Ninth Defendant)

**Director of Human Resources**

_____

(b) (Position/Title)

with

**Springfield Public School District 186**
**1900 W. Monroe Street**
**Springfield, Illinois**

_____.

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**Gina McLaughlin-Schurman intentionally denied me employment with Springfield Public School District 186 as an act of discrimination for being African American, and for having a criminal record.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

7

Defendant #10:

L. Defendant _____ **John W. Harris** _____ is employed as a

(a) (Name of Tenth Defendant)

**Chief of Police**

(b) (Position/Title)

with **Springfield Police Department**
**800 E. Monroe Street**
**Springfield, Illinois**

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**In the City of Springfield, in the County of Sangamon, in the State of Illinois John W. Lewis as Police Chief of the Springfield Police Department had me charged with crimes that I did not commit, and had these false charges reported to the Federal Bureau of Information and the Illinois State Police. John W. Lewis as a history of discriminating against African-Americans, and perpetuating and allowing his police staff to discriminate against African-American police officers, and African-Americans in the Springfield, IL community. I was charged with these crimes in the year 2002.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #11:

M. Defendant _____ **Ellen Wingfield McCurdy** _____ is employed as a
(a) (Name of Eleventh Defendant)

**Contractual Worker**

(b) (Position/Title)

with

**Illinois Department of Commerce and Economic Opportunity**
**620 E. Adam Street**
**Springfield, Illinois**

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

8

**Ellen Wingfield McCurdy conspired with others to violate my rights, and to separate me from employment with the Illinois Department of Transportation and the State of Illinois. Ellen Wingfield McCurdy used her position with the Illinois Department of Commerce and Economic Opportunity to secure a loan for Matthew Jones who reported on my actions and plans to others involved in the conspiracy. Matthew Jones used the loan obtained from the Illinois Department of Commerce and Economic Opportunity to expand his General Nutrition (GNC) franchises.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #12:

N. Defendant _____ **Matthew Jones** _____ is employed as a
(a) (Name of Twelfth Defendant)
**Franchise Owner/Operator and Chief Operating Officer**

_____
(b) (Position/Title)

with

**Jones Investing d/b/a GNC**
**2711 North Dirksen Parkway**
**Springfield, Illinois**

_____
(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**Matthew Jones conspired with others to violate my rights. Matthew ones pretended to be my friend to gain information about my work with the Illinois Department of Transportation, my thought processes, and my mental status. Matthew Jones and his wife, "Katie Sweitzer Jones" urged me to come back to Springfield in 2013 and 2014 pretending to miss an old friend. In reality, Matthew and Katie, were part of a plan to see me lose my employment with the Illinois Department of Transportation and the State of Illinois, and be destitute and impoverished living in Springfield, Illinois. Matthew Jones conspired with others against me to gain access to business loans for expand his General Nutrition Center (GNC) franchises.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #13:

O. Defendant _____ **Omar A. Brown et al.** _____ is employed as a
(a) (Name of Thirteenth Defendant)

9

_____**Vice-President of Human Resources**_____

(b) (Position/Title)

with

   **Chicago Transit Authority**
   **100 W. Lake Street**
   **Chicago, Illinois**

_____.

(c) (Employer's Name and Address)

*Check one of the following:*

   This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

   **In the year 2015, I applied for more than fifty positions of employment with the Chicago Transit Authority (CTA). After submitting nearly fifty applications with the CTA, the CTA interviewed me over the phone for a Certification Specialist position. I was later interviewed, and offered the position of a Customer Service Attendant (part-time). The Customer Service Attendant appears to be the CTA's most entry-level position. The CTA declined to hire me for allegedly having "high-blood pressure." The CTA discriminated against me on the basis of retaliation for filing a Civil Rights Complaint and an Ethics Complaint. I was discriminated against for being African-American and having a Criminal Record.**

   The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #14:

P. Defendant _____  **Doctor Vinod Alluri**  _____ is employed as a

(a) (Name of Second Defendant)

____**Assistant Professor / Doctor of Psychiatry**_____

(b) (Position/Title)

with **SIU Healthcare**
   **SIU School of Medicine**
   **Southern Illinois University**
   **901 West Jefferson Street**
   **Springfield, Illinois**

_____.

(c) (Employer's Name and Address)

*Check one of the following:*

   This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

*10*

**Dr. Vinod Alluri provided me with inadequate, unethical, and low quality healthcare services. Mr. Alluri constantly attempted to diagnose me with a bi-polar mental illness diagnosis. Mr. Alluri pushed pharmaceutical drugs upon me that would have caused me bodily injury and death. Mr. Alluri threatened me with a "stay" (detainment) at McFarland Mental Health Center in Springfield, Illinois if I did not state I was suffering from a bi-polar mental illness, and take lithium salt. Mr. Alluri went as far to give false testimony in a court of law. Mr. Alluri stated during a court hearing that I stated on April 12th that I was a Federal Agent. I have never claimed to anyone to be a Federal Agent. Mr. Alluri was attempting to have be committed to McFarland Mental Health Center in Springfield for disregard/ discrimination towards people of color (African-Americans), to make profit, and to hold and use humans as specimens for examination. After interviewing me, Mr. Alluri refused to discharge me, holding me at Memorial Medical Center in Springfield, IL against me will, and for no necessary medical reason.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #15:

Q. Defendant _____ **Edgar J. Curtis et al.** _____ is employed as a

(a) (Name of Fifteenth Defendant)

_____ **President and Chief Operating Officer** _____

(b) (Position/Title)

with

**Memorial Medical Center**
**701 North First Street**
**Springfield, Illinois** .

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**Mr. Edgar J. Curtis manages Memorial Medical Center's staff as they unduly held and restrained me against my will, injected me with drugs, withdrew my blood, and caused me public embarrassment. Mr. Curtis' staff did not inform me of my legal rights as a human being held under a Court Order for medical treatment and mental health observation. Mr. Curtis' staff attempted to provide me with unethical and illegal medical treatment. Mr. Curtis' employee, Vinod Alluri, threatened me with a "stay" (detainment) at Curtis' facility did not inform mental health patients of their rights as patients receiving forced mental health services. Mr. Mr. Curtis allows the hospital to discriminate against its employees based on skin color and ethnicity. Mr. Curtis allows his staff to discriminate against patients in patient care on the basis of ethnicity and perceived socio-economic standing. Mr. Curtis promulgates policies that perpetuate discrimination based on ethnicity and perceived socio-economic standing.**

11

**Mr. Curtis promulgates discriminatory practices to increase the revenue of Memorial Medical Center in Springfield, Illinois. Mr. Curtis was the President and Chief Operating Officer of Memorial Medical Center in Springfield, Illinois in the year 2016 when I was held against my will, and without proper legal standing at Memorial Medical Center for nearly five full days and nights.**

**I applied for multiple positions of employment with Memorial Medical Center in Springfield, Illinois during the year 2015. I was denied employment with Memoria Medical Center on the basis of my race, and for having a criminal record. Mr. Curtis promulgates policies and procedures that have a disparate impact on minorities and individuals with a criminal history.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #16:

R. Defendant   **Donald Kupferschmid**                    is employed as a

<div align="center">(a) (Name of Sixteenth Defendant)</div>

<div align="center">**Technical Manager / Special Assistant to the Secretary**</div>

with

<div align="center">(b) (Position/Title)</div>

**Illinois Department of Transportation
2300 S. Dirksen Parkway
Springfield, Illinois**

<div align="center">(c) (Employer's Name and Address)</div>

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**Donald Kupferschmid retaliated against me for filing a Civil Rights Complaint with the Illinois Department of Transportation's Bureau of Civil Rights. As acts of retaliation, Mr. Kupferschmid changed my work hours, reduced my workload, created a hostile environment, had individuals modify my work products, and conspired with others to separate me from my employment with the Illinois Department of Transportation and the State of Illinois. Mr. Kupferschmid gave me a negative performance evaluation while I was on a Personal Leave of Absence that has had negative effects on my future employment prospects. Mr. Kupferschmid was my Supervisor at the Illinois Department of Transportation in Springfield, IL in the year 2012.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

<div align="center">12</div>

Defendant #17:

S. Defendant _____ **Wes Barr** _____ is employed as a

(a) (Name of Seventeenth Defendant)

**Sangamon County Sheriff**

(b) (Position/Title)

with

**Sangamon County Sheriff's Office
1 Sheriff's Plaza
Springfield, Illinois**

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**Sheriff Wes Barr denied me employment and consideration presumably on the basis of being an African-American, a homosexual, and having a criminal record. The government of Sangamon County has a history of discriminating against African-Americans in employment, policing policies, and in the treatment of humans being held in the confines of the Sangamon County Jail in the City of Springfield, IL in the County of Sangamon. I applied for more than one position of employment with the government of Sangamon County in the year 2015.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #18:

T. Defendant  **Illinois State Trooper (issuer of Ticker Number: 6247605)**  is

(a) (Name of Eighteenth Defendant)

employed as an **Illinois State Police Trooper**

(b) (Position/Title)

with

**Illinois State Police
801 South Seventh Street
Springfield, Illinois**

(c) (Employer's Name and Address)

13

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**Illinois State Trooper (issuer of Ticket Number: 6247605) pulled me over for allegedly "swerving inside of my lane," and for allegedly Driving Under the Influence of alcohol. The State Trooper pulled me over for being an African-American driving a Volkswagen Passat with four Caucasian women in the vehicle, in addition to there being a Caucasian male. The State Trooper arrested and charged me with Improper Lane Change and Driving Under the Influence. The Illinois State Police has a documented history of discriminatory police practices towards African-Americans. The Illinois State Police has a documented history of pulling African-Americans over for traffic stops at a disproportionate rate to their Caucasian counter-parts. I was discriminatorily stopped in the City of Springfield, Illinois in November of the year 2009.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #19:

U. Defendant   **Honorable Judge Leslie J. Graves**   is employed as a

(a) (Name of Nineteenth Defendant)

**Judge**
**Chief Judge**

(b) (Position/Title)

with

**Seventh Judicial Circuit Court of Illinois**
**Sangamon County Court Complex**
**200 South Ninth Street**
**Springfield, Illinois**

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**The Honorable Judge Leslie J. Graves permitted a Court Order to be filed to have me removed from my residence, and detained for Mental Health examination at Memorial Medical Center in Springfield, Illinois. Given the review of provided documentation, there was not sufficient cause for a Court Order for a Mental Health Examination to be entered against me. The Honorable Leslie J. Graves has previously been questioned for unethical behavior stemming from her Judgeship. As Chief Judge, the Honorable Leslie J. Graves**

14

permitted an Order for Mental Health Detention and Examination to be entered in against William Lee Grant II in the County of Sangamon, Illinois in April of the year 2016.

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #20:

V. Defendant   **Honorable Judge Richard T. Mitchell**   is employed as a

(a) (Name of Twentieth Defendant)

**Judge**

**Chief Judge**

_____

(b) (Position/Title)

with

**Seventh Circuit Court of Illinois**
**Sangamon County Court Complex**
**200 North Ninth Street**
**Springfield, Illinois**

_____

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**The Honorable Judge Richard T. Mitchell permitted my license to be suspended through a Statutory Summary Suspension in 2010 in the County of Sangamon, Illinois after an Illinois State Trooper arrested me for Driving Under the Influence, and failed to appear at the Statutory Summary Suspension in December of 2009. The Judge in the case stated she was "new," and left the courtroom to confer with another Judge. The Judges and government of Sangamon County in Illinois has a documented history of discrimination against African-Americans. Had I not been African-American, the Judge would have ruled in my favor. When the matter was rescheduled, a different Judge presided over the matter.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #21:

W. Defendant _____ **Honorable Governor Pat Quinn** _____ is employed as a

(a) (Name of Twenty-First Defendant)

**Governor of Illinois**

_____

(b) (Position/Title)

15

with

**Office of the Governor**
**207 State House**
**Springfield, Illinois**

_____
(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**Illinois Governor Pat Quinn engaged in patronage abuses of Illinois' Public Personnel Systems only allowing individuals with political connections to have greater access to employment opportunities with the State of Illinois. Long entrenched Republicans have dominion over Rutan covered/union positions. Though qualified, I was denied the opportunity to be considered for several positions with the State of Illinois. Members of Pat Quinn's administration conspired to retaliate against me for filing an Ethics Complaint with the Office of the Executive Inspector General, and for filing a Civil Rights Complaint with Illinois Department of Transportation's Bureau of Civil Rights. Governor Pat Quinn's Office failed to add me to payroll after offering me employment in his Springfield office in November of 2014. Pat Quinn conspired with Illinois Department of Transportation Secretary Ann Schneider to oppress and discriminate against African-Americans and Hispanics at the Illinois Department of Transportation through creating and maintaining a hostile work environment, and failing to fulfill their duty to investigate and remedy Civil Rights Complaints filed by employees of the Illinois Department of Transportation. Pat Quinn was the Governor of Illinois from the beginning of 2009 until the beginning of 2016.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #22:

X. Defendant _____**Honorable Anita Alvarez**_____ is employed as a
(a) (Name of Second Defendant)

**State's Attorney for Cook County, Illinois**
_____
(b) (Position/Title)

with

**Office of Cook County State's Attorney**
**69 West Washington Street, Suite 3200**
**Chicago, Illinois**

_____
(c) (Employer's Name and Address)

*Check one of the following:*

16

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**Cook County State's Attorney Anita Alvarez conspired with the Chicago Police Department and the Union representing officers of the Chicago Police Department to create a system that discouraged Chicago Police officers to report misconduct and unethical behavior. Anita Alvarez's actions created a hostile and dangerous environment in the domains of Chicago policed by Chicago Police Officers for minorities, especially for, African-Americans. Anita Alvarez's actions created a system in Chicago where African-Americans were allowed to be shot with guns by Chicago Police officers. Chicago Police officers shot African-American youth and adults without the fear of prosecution by the Cook County State's Attorney's Office. Anita Alvarez abused the powers of her office to oppress African-Americans in Cook County through the unethical and inhumane behavior of the Chicago Police force, and by using her Office's influence to defer and prevent the prosecution of Chicago Police who willfully and wrongfully killed members of Chicago's African-American community and other minorities in Cook County.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #23:

Y. Defendant **Honorable Governor Bruce Rauner** _____ is employed as a   (a)
(Name of Twenty-Third Defendant)

**Governor of Illinois**

_____
(b) (Position/Title)

with

**Office of the Illinois Governor
207 State House
Springfield, Illinois**

_____.
(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**Governor Bruce Rauner engaged in patronage hiring with the public personnel systems of the State of Illinois denying me access to employment opportunities with the State of Illinois. Governor Bruce Rauner lied to the people of Illinois about**

17

Illinois' budgetary reality denying the people of Illinois access to vital Human Services and jeopardizing Illinois' education system. Governor Bruce Rauner improperly dismissed state employees from their employment with the State of Illinois. Governor Bruce Rauner funded terrorism to make profit wrongfully endangering the citizens of Illinois and the citizens of the United States of America. Governor Rauner and members of his administration harassed and retaliated against gays in Illinois' public personnel systems, and prevented gays from gaining employment with State of Illinois.

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #24:

Z. Defendant_____ **Bruce Harmening**_____ is employed as a

(a) (Name of Twenty-Fourth Defendant)

**Technical Manager**

**Special Assistant**

_____

(b) (Position/Title)

with

**Illinois Department of Transportation**
**2300 S. Dirksen Parkway**
**Springfield, Illinois**

_____

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**Bruce Harmening working in the Illinois Department of Transportation's (IDOT) Office of Chief Council received the Civil Rights Complaint I was instructed to file by IDOT's Chief Council, Ellen Schanzle-Haskins. Bruce Harmening did not deliver the entirety of my complaint to IDOT's Bureau of Civil Rights. Only the form was delivered to the Bureau of Civil Rights. Bruce Harmening logically delivered the narrative that I attached to a member of the Office of the Secretary. Mr. Harmening probably delivered the narrative to Marsha Campos, Donald Kupferschmid, or Ann Schneider. Mr. Harmening is a relative of Ann Schneider. Mr. Harmening delivering the previously attached narrative to a member of IDOT's Office of the Secretary diminished the quality of IDOT's Bureau of Civil Rights**

*18*

**to conduct an investigation into the Civil Rights Complaint that I filed. Mr. Harmening deterring the Civil Rights Complaint investigation increased IDOT's Office of the Secretary to retaliate against me, and attempt to separate me from my employment with the Illinois Department of Transportation. Mr. Harmening's behavior perpetuates the hostile work environment minorities endure at IDOT, and the disparate treatment African-Americans and other minorities received in disciplinary action. My Harmening's current actions of attempting to dismantle IDOT's Disadvantage Business Enterprise Program (DBE) has the potential in add additional barriers to minorities abilities to perform work for IDOT. His actions to dismantle the effectiveness of the Bureau of Civil Rights hinders the ability of those who have had their Civil Rights violated by IDOT employees to attain adequate redress.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #24:

A1. Defendant _____ **Kelly Krapf a.k.a. Kelly Kraft** _____ is employed as a(a)
(Name of Twenty-First Defendant)

### Chief Executive Office / Executive Director

_____
(b) (Position/Title)

with

**Illinois Sports Facilities Authority**
**333 West 35th Street**
**Chicago, Illinois**

_____.
(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**Kelly Krapf a.k.a. Kelly Kraft while the Executive Director of the Illinois Sports Facilities Authority intentionally used an automobile under her control and operation to strike the State of Illinois owned vehicle I was operating on the Kennedy Expressway in Chicago, Illinois in February of 2013. Because of Kelly Krapf's intentionally using a motor vehicle to strike me, I've suffered muscular damage and emotional stress. Because of her actions, I was required to spend 2.5 hours on the side of the Kennedy Expressway waiting for an Illinois State Trooper to issue a report. Ms. Krapf left to scene of the incident**

*19*

**prior to the Illinois State Trooper reporting to the scene. Ms. Krapf conspired with other employees of the State of Illinois to retaliate against me, cause me emotional damage and stress, and to separate me from my employment with the State of Illinois for filing a Civil Rights Complaint with the Illinois Department of Transportation, and an Ethics Complaint with the Office of the Executive Inspector General.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #25:

A2. Defendant **Honorable Mayor Kasim Reed**                    is employed as a
(a) (Name of Twenty-Fifth Defendant)

### Mayor, City of Atlanta, Georgia

(b) (Position/Title)

with **City of Atlanta**
    **Georgia 55 Trinity Avenue**
    **Atlanta, Georgia**

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**I applied for multiple positions with the City of Atlanta, Georgia. I was denied employment with the City of Atlanta, Georgia. I was presumably denied employment because I am African-American, and a have a criminal record. I worked as a Staff Assistant / Legal Assistant for a multi-billion-dollar transportation agency for three years. I met and exceeded all the qualifications for positions which I applied for. Atlanta has been rated as one of the top three most racist states of The Union. The State of Georgia hosts eight chapters of the Ku Klux Klan. The Southern Poverty Law Center has documented thirty-nine hate groups operating in the State of Georgia.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #26:

20

A3.   Defendant _____ **Anthony G. Ambrosio** _____ is employed as a
          (a) (Name of Twenty-Sixth Defendant)

**Senior Executive Vice-President**
**Chief Administrative Officer**
**Chief Human Resources Officer**

_____
                                    (b) (Position/Title)

with

**CBS Corporation**
**CBS Headquarters**
**51 W. 52nd Street**
**New York, New York**

_____
                          (c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money
damages.  Briefly describe how this defendant participated:

**I applied for multiple positions with CBS Corporation. I was not
selected for an interview, or selected for employment. I had multiple
applications deleted from CBS Corporation's human resource
management system. I was discriminated in the employment selection
process based on race and having a criminal history. Anthony G.
Ambrosio promulgated personnel policies that discriminate against
minorities, low-income individuals, and individuals who have criminal
histories.**

The policy or custom of this official's government agency violates my rights, and
I seek injunctive relief (to stop or require someone to something). Briefly describe
this policy or custom:

Defendant #27:

A4. Defendant _____ **Tina Coates** _____ is employed as a
          (a) (Name of First Defendant)

**Senior Director, Human Resources**

_____
                                  (b) (Position/Title)

with **Sears Holdings Corporation**
      **3333 Beverly Road**

21

**Hoffman Estates, Illinois**

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**I applied for multiple positions with Sears Holdings Corporation. I was denied employment with Sears Holding Corporation. I was discriminated against for having a criminal record. Tina Coates as the Senior Director, Human Resources has promulgated personnel policies and procedures that have a disparate impact on people that have criminal records and minorities.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #28:

A5. Defendant _____ **Wendy Washington** _____ is employed as a

(a) (Name of Twenty-Eighth Defendant)

**Director of Human Resources**

(b) (Position/Title)

with **Springfield Housing Authority**
**200 North Eleventh Street**
**Springfield, Illinois**

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**I applied for multiple positions with the Springfield Housing Authority located in Springfield, Illinois in the year 2015. I was denied employment with the Springfield Housing Authority because I filed two complaints with the State of Illinois. I filed an Ethics Complaints and a Civil Rights Complaint.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #29:

A6. Defendant _____ **Deidra Lytle** _____ is employed as a
                       (a) (Name of Twenty-Eighth Defendant)

                             **Employee**

_____
                              (b) (Position/Title)

with **Express Employment Professionals**
    **3000 Professional Drive**
    **Springfield, Illinois**

_____.
                       (c) (Employer's Name and Address)

*Check one of the following:*

    This defendant **personally participated** in causing my injury, and I want
**money damages**. Briefly describe how this defendant participated:

**I applied for multiple positions for employment through Express Employment
Professionals in Springfield, Illinois in 2015. After taking and exceeding multiple
computer test, I was informed that I was qualified to accept employment with a unit
within Wells Fargo in Springfield, Illinois. I submitted to a Federal Bureau of
Investigation Background Check. Sometime later, I received a message from an
employee of Express Employment Professions stating that I had missed the start date
of the training class. The employee stated they would call me back to see, if I could
start the same afternoon. An employee from Express Employment Professionals
called me back, and said that I could not be employed with Wells Fargo because I had
missed the morning training session. I received no notice of being offered employment
with Wells Fargo through Express Employment Professionals via e-mail, a phone call,
or a letter. I was discriminated in the hiring process by Express Employment
Professionals based on having a criminal background, and proportionately for being
African-American.**

    The policy or custom of this official's government agency violates my
rights, and I seek injunctive relief (to stop or require someone to something).
Briefly describe this policy or custom:

Defendant #30:

A7. Defendant _____ **Michael Fear et al.** _____ is employed as a
                       (a) (Name of Thirtieth Defendant)

                       **General Manager**

_____
                           (b) (Position/Title)

with

*23*

**Pinnacle Limited Partnership d/b/a Springfield Hilton**
**700 East Adams Street**
**Springfield, Illinois**

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant **personally participated** in causing my injury, and I want
**money damages**. Briefly describe how this defendant participated:

**Michael Fear, as the General Manager of the Springfield Hilton hired a
consultant, Mr. Martinez that laid me off at Bennigan's Tavern & Grill in
the Springfield Hilton for being a gay black man in the Spring of 2010.
Later, when I applied for Unemployment Benefits through the Illinois
Department of Employment Security in 2010, the Hilton Springfield accused
me through the Illinois Department of Employment Security of stealing
$925.00. The accusation was unfounded. The Hilton Springfield
discriminated against me on the basis of sexual orientation, and attempted to
deny my right to Unemployment Insurance.**

The policy or custom of this official's government agency violates my
rights, and I seek injunctive relief (to stop or require someone to something).
Briefly describe this policy or custom:

Defendant #31:

A7. Defendant _____ **Frank Squires** _____ is employed as a
                        (a) (Name of Thirty-First Defendant)

**Executive Director**

(b) (Position/Title)

with **Springfield Mass Transit District (SMTD)**
     **928 South Ninth Street**
     **Springfield, Illinois**

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money
damages. Briefly describe how this defendant participated:

24

**I interviewed for a position with the Springfield Mass Transit District (SMTD) in 2015. I was denied employment for having a criminal record.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #32:

A8. Defendant _____ **J.P. Fyans III et al.** _____ is employed as a
(a) (Name of Thirty-Second Defendant)

**Recording Secretary**
**Legal Counsel**

(b) (Position/Title)

with **International Brotherhood of Teamsters**
    **Union Local 916**
    **3361 Teamster Way**
    **Springfield, Illinois**

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**J.P. Fyans and the Teamsters Union failed to provided me with assistance when I had concerns that I was enduring retaliation by members of management at the Illinois Department of Transportation. J.P. Fyans III did not response to my request for assistance in 2013. In 2014, the Office of the Illinois Governor told me I had a job in Springfield. One month later, I was informed that I could not be added to payroll. At the time, the Teamster's where engaged in a legal battle with the State of Illinois. J.P. Fyans III and the Teamster's offered me no legal redress. I was discriminated against by the Teamsters Union based on race, and for filing a Civil Rights and an Ethics Complaint with the State of Illinois. The Teamsters Union 916 has a history of colluding with management at the Illinois Department of Transportation and the Office of the Illinois Governor. The Teamsters Union appears to have colluded with IDOT to conceal Civil Rights violations within the agency. J.P. Fyans III conspired with members of IDOT management and members of the Office of the Illinois Governor's Office to conspire**



**against me to separate me from my employment with IDOT, and to cause me emotional and financial duress.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #33:

A9. Defendant **Josh Fedewa et al.** is employed as a
(a) (Name of Thirty-Third Defendant)

**Senior Human Resource Generalist**
(b) (Position/Title)

with **Pace Suburban Bus Service**
**550 W. Algonquin Rd.**
**Arlington Heights, IL 60005**
(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**I applied for multiple employment positions with Pace Suburban Bus Service in the year 2015. I was denied employment with Pace Suburban Bus Service as an act of retaliation for filing a Civil Rights Complaint with the Illinois Department of Transportation, and an Ethics Complaint with the Office of the Executive Inspector General. Pace Suburban Bus Service denied me the opportunity to interview for positions for which I was highly qualified for. I worked for a multibillion dollar transportation agency for three years. Pace Suburban Bus Service is an entity created by the powers of the State of Illinois, and receives considerable funding from the State of Illinois. Pace Suburban Bus Service has a strong working relationship with the Illinois Department of Transportation. The Illinois Department of Transportation retaliated against me for many years.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #34:

A10. Defendant **Julia Patterson** is employed as a
(a) (Name of Thirty-Fourth Defendant)

**Director of Human Resources**
(b) (Position/Title)

with **Regional Transportation Authority**
**175 W. Jackson Blvd, Suite 1650**

Chicago, Illinois

_____

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**I applied for multiple positions with the Regional Transportation Authority (RTA). I was denied employment with the Regional Transportation Authority for filing a Civil Rights Complaint, and an Ethics Complaint with the State of Illinois. Julia Patterson is the Director of Human Resources for the Regional Transportation Authority. The Regional Transportation Authority has administrative oversight of the operations of the Chicago Transit Authority. After I applied for fifty positions with the Chicago Transit Authority (CTA), the CTA denied me employment on the basis of high-blood pressure.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #35:

A11. Defendant _____**Juan Morado**_____ is employed as a

(a) (Name of Thirty-Fifth Defendant)

**Deputy Chief of Staff**

_____

(b) (Position/Title)

with **Office of the Illinois Governor**

   **207 State House**

   **Springfield, Illinois**

_____

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**After I began working for the Office of the Illinois Governor in November of 2014, Juan Morado called me one afternoon, and told me that I needed to submit my resignation to the Illinois Department of Transportation. Juan was aware that his request would cause be undue**

27

**hardship. Juan Morado had knowledge of the Office of the Governor's conspiracy to retaliate against me.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #36:

A12. Defendant          **Jayne Parker**                    is employed as a
                          (a) (Name of Thirty-Sixth Defendant)

Executive Vice President
Chief Human Resources Officer

_____
                          (b) (Position/Title)
with

**The Walt Disney Company**
**77 West 66th Street**
**New York, New York**

_____.
                    (c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

**I applied for a multitude of employment positions within The Walt Disney Company. I was denied employment with The Walt Disney Company. Jayne Parker as the Executive Vice President and Chief Human Resources Officer promulgates policies are procedures that discriminate against individuals who have criminal records. The policies and procedures of The Walk Disney Company have a disparate impact on minorities.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #37:

A13.  Defendant          **Beth F. Cobert**                  is employed as a
                          (a) (Name of Thirty-Seventh Defendant)

*28*

**Acting-Director**

(b) (Position/Title)

with **U.S. Office of Personnel Management**
**1900 E Street, NW**
**Washington, D.C.**

(c) (Employer's Name and Address)

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

The U.S. Office of Personnel Management promulgates rules and policies that have a disparate impact on minorities, and individuals who have a criminal history. I applied for thirty positions of employment with the United States Federal government. I was not selected for a single interview. Beth F. Cobert, as Acting Director of the U.S. Office of Personnel Management is continuing policies and procedures that limit minorities and those with criminal records to access employment within the government of the United States.

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #38:

A14. Defendant _____ **Loretta E. Lynch et al.** _____ is employed as a
(a) (Name of Thirty-Eighth Defendant)

**Attorney General of the United States**

(b) (Position/Title)

with **Office of the Attorney General**
   **U.S. Department of Justice**
   **950 Pennsylvania Avenue, NW**
   **Washington, D.C.**

(c) (Employer's Name and Address)

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated:

29

**The U.S. Department of Justice collaborated with employees of the State of Illinois, and those in private business to provide me with information about persistent criminal acts being condoned in the City of Chicago, Illinois, the State of Illinois, and acts of terrorism. Members of the U.S. Department of Justice coordinated with employees of the State of Illinois and private business to be trained in understanding quid pro quo, trained in various aspects of the law, and to gain an understanding of the operations of the Illinois Department of Transportation. Members of the U.S. Department of Justice coordinated with employees of the State of Illinois to deny my being added to the payroll of Governor Pat Quinn's Office in 2014, to be denied unemployment benefits from the Illinois Department of Employment Security, and to be persistently denied employment throughout the Year 2015 and 2016. The U.S. Department of Justice used me as an Informant to gather information about criminal violations and Civil Rights violations occurring in the City of Chicago, Illinois, the Illinois Department of Transportation, the State of Illinois, and within the government of Sangamon County, Illinois. Loretta Lynch is the Attorney General for the United States. Her Department has benefited from the information and documents that have been supplied to her Department by me. It is unimaginable that such a breach in the Separation of Powers that has been organized and permitted to occur could be conducted without her having detailed knowledge. Furthermore, General Lynch's Department used me as an Informant to inoculate other Informants and Whistleblowers to protect their identities. Genera Lynch's Department and employees condones a most vile violation of my constitutional rights.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

Defendant #39:

A15. Defendant  **Paul Palazzolo**  is employed as a

(a)  (Name of Second Defendant)

**Circuit Clerk**

(b) (Position/Title)

with **Sangamon County Circuit Clerk's Office**
    **200 South Ninth Street**
    **Springfield, Illinois**

(c) (Employer's Name and Address)

30

*Check one of the following:*

This defendant personally participated in causing my injury, and I want money damages. Briefly describe how this defendant participated: **The County of Sangamon, Illinois has consistently maintained poor and incorrect records pertaining to legal matters that have been brought against me by the Sangamon County State's Attorney's Office and other parties. Sangamon County Circuit Clerk Palazzolo has permitted unlawful Orders to be entered into the public record. Clerk Palazzolo has permitted incorrect records to be maintained violating my constitutional rights, causing me emotional and financial harm. Sangamon County Clerk Paul Palazzolo is the Chief Executive of the Sangamon County Circuit Clerk's Office.**

The policy or custom of this official's government agency violates my rights, and I seek injunctive relief (to stop or require someone to something). Briefly describe this policy or custom:

*31*

**III. PREVIOUS LAWSUITS**

A.      Have you begun any other lawsuits in federal court? Yes
☐                    ☒No

B.      If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

1.      Parties to previous lawsuits:

Plaintiff(s):

Defendant(s):

2.      Date of Filing:

3.      Case Number:

4.      Jurisdiction/Court:

5.      Name of Judge:

6.      Issues Raised:

7.      Disposition of Case (for example:   Was the case dismissed?   Was it appealed?   Is it still pending?):

8.      Date of Final Disposition:

*32*

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about  May 15, 2012  (month,day,year), at approximately  9:00

□ a.m. □ p.m., plaintiff was present in the municipality (or unincorporated area of)

Springfield  , in the County of

Sangamon  , in the State of Illinois, at

2300 S. Dirksen Parkway  ,

where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies):*

☑  arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

□  searched plaintiff or his property without a warrant and without reasonable cause;

□  used excessive force upon plaintiff;

☑  failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

□  failed to provide plaintiff with necessary medical care;

☑  conspired together to violate one or more of plaintiff's civil rights;

□  other *(please explain)*:  

2. Plaintiff was charged with one or more crimes, specifically:
William Lee Grant II was previously charged for Domestic Battery and

Driving Under the Influence.

3. The criminal proceedings *(check the box that applies):*

□  are still pending.
□  were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
□  resulted in a finding of guilty on one or more of the charges.
□  other: Plaintiff, William Lee Grant II, was arrested and charged for
certain crimes, and in every case occurring in Sangamon, County Illinois, the charges were reduced. The County of Sangamon,

Illinois permitted poor record keeping causing Plaintiff injury.

*33*

3:16-cv-03132-CSB-EIL  # 1  Page 34 of 35

4. Plaintiff further alleges as follows:  *Describe what happened that you believe supports your claims.  To the extent possible, be specific as to your own actions and the actions of each defendant.*

1) In the Spring of 2012 at the 2300 S. Dirksen Parkway in Springfield, IL ranking members of management at the Illinois Department of Transportation (IDOT) conspired

to harass, threaten, and separate me from my employment at the Illinois Department

of Transportation for filing a Civil Rights Complaint with IDOT's Bureau of Civil Rights.

Members of IDOT management changed my work products to make them appear inferior, changed my work hours, diminished my workload, and made false reports about me.

2) In the Fall of 2012 at 100 W. Randolph Street in Chicago, IL, Rick Kabaker offered

me a promotion, and then failed to promote me as an act of discrimination based

on race and retaliation for filing a Civil Rights Complaint and an Ethics Complaint. Soon after beginning my job assignment for IDOT in Chicago, IL Rick Kabaker reduced

my job duties to tasks below my job status, such as, cleaning filing cabinets.

3) In the Winter of 2013 in Chicago, IL, Rick Kabaker, Jim Sterr, and Ann Schneider, and potentially members of Governor Pat Quinn's administration conspired to have

me transferred to IDOT's Bureau of Claims in Schaumburg, IL. I was asked to use my own

personal vehicle. I was given no written documentation as to why I was being assigned

to Schaumburg, or how long the assignment would last. If I had taken my own vehicle, I would have been ineligible to receive reimbursement for my travel expenses. My being

assigned to work in Schuamburg, IL was in violation of IDOT's Collective Bargaining

Agreement.
4) In November of 2014 in Springfield, IL I was told that I was approved to work in

the Office of the Illinois Governor, and that I I was being hired to work for the Office of the

5. Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6. As a result of Defendant's conduct, plaintiff was injured as follows:
William Lee Grant II has sustained persistent retaliation, discrimination,

loss of income, and battered personal reputation, seperation from employment, denial of employment, failure to hire, and a catastrophic loss of enjoyment of life.

7. Plaintiff asks that this case be tried by a jury.  □ Yes     □ No

## V.  PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ __25,000,000__ to compensate for *(check all that apply)*:

   - ☑ bodily harm
   - ☑ emotional harm
   - ☑ pain and suffering
   - ☑ loss of income
   - ☑ loss of enjoyment of life
   - ☑ property damage

2. Punitive Damages:  ☑ Yes  ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date _____

Signature of Plaintiff: _____

Plaintiff's Name *(print clearly or type)*: __William Lee Grant II__

Mailing Address: __901 Wythe Road_____

City: __Springfield_____  State: __Illinois__  Zip: __62702__

Plaintiff's Telephone Number: ( 217 ) __726-5269_____

*38*